## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

REBECCA DAVIS                                                          PLAINTIFF

v.                              Civil No. 2:12-cv-02003

COMMISSIONER, SOCIAL                                          DEFENDANT
SECURITY ADMINISTRATION


## <u>ORDER</u>

**BEFORE** the Court is Defendant's Motion for Extension to file an appeal brief.  ECF No.

12.  Plaintiff does not object to allowing Defendant an extension to file an appeal brief.  Defendant's

Motion for Extension of Time (ECF No. 12) is **GRANTED**, and Defendant's brief shall be filed on

or before June 18, 2012

**IT IS SO ORDERED** this **21st day of May 2012.**


/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE